Minute Order Form (06/97)

Case 1:07-cr-00799 Document 215 Filed 09/10/2008 Page 1 of 1

07 GJ 1046    LI

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | **JUDGE RONALD GUZMAN** | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07-CR-00799 | DATE | SEPTEMBER 10, 2008 |
| CASE TITLE | US v. JU WEN ZHOU, et al (SEE ATTACHED) **MAGISTRATE JUDGE NOLAN** | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MOTION:

### GRAND JURY PROCEEDING

The Grand Jury for the _____ SPECIAL MARCH 2007 _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _Ashman_

DOCKET ENTRY:

WARRANTS ISSUED ON 15 DEC 2007 AS TO JU WEN ZHOU, KENNETH QUOC LUONG, SU JUNG CHEN and CARLO PANADERO. DETENTION ORDER PREVIOUSLY ISSUED IN 07 CR 799 TO STAND AS TO YVONNE LAW, CARLOS PANADERO, JR., JORGE HUERTA, JOAHAN TRUJILLO, and IVAN MYINT. BOND PREVIOUSLY ISSUED IN 07 CR 799 TO STAND AS BOND IN THIS INSTANCE AS TO SUSAN CHEN, YONG OUYANG, LI XIEN WU, SEJIN OH, JUNG BAE, MELVIN DUMANLANG, ANDREW SO, HENRY CHUN, MICHAEL CRUZ, and MICHAEL MYINT. TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO HANH NGUYEN.

**FILED**
SEP 1 0 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE         UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET #